IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALAN ANTON,

      Plaintiff,                                  CV F 05 0412 OWW WMW   P

   vs.                                        ORDER RE MOTIONS (DOC 5,11)

LT RUIZ, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court are plaintiff's motions titled as "motion for judicial correspondence and clear intentions" and motion to lodge documents with the court.   On March 9, 2006, an order was entered, dismissing the complaint, and granting plaintiff leave to file an amended complaint.   Plaintiff's amended complaint is due filed on April 9, 2006.   Plaintiff's motions are therefore moot.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for judicial correspondence and motion to lodge documents are denied as moot.

IT IS SO ORDERED.

1  **Dated:     March 30, 2006**                   **/s/  William M. Wunderlich**
   j14hj0                                       UNITED STATES MAGISTRATE JUDGE