UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALAN ANTON, <br><br> Plaintiff, <br><br> v. <br><br> TAKIER, et al., <br><br> Defendants. | 1:05-cv-0412 OWW WMW PC <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT <br><br> (DOCUMENT #20) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   July 31, 2007**          /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE