IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALAN ANTON,

        Plaintiff,                CV F 05 0412 OWW WMW P

  vs.                               ORDER RE MOTION (DOC 20)

LT. RUIZ, et al.,

        Defendants.

        Plaintiff has filed a motion for extension of time in which to file an amended complaint in compliance with the order of May 24, 2007.  Plaintiff indicates that he did not receive a complete copy of that order.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  The Clerk's Office shall send to Plaintiff a copy of the May 24, 2007, order.

        2.   Plaintiff's motion for an extension of time is granted. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

1  IT IS SO ORDERED.
2  **Dated:    July 31, 2007**              /s/  **William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE