IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALAN ANTON,

        Plaintiff,        CV F 05 0412 OWW WMW PC

  vs.                      ORDER GRANTING EXTENSION OF TIME

                            (THIRTY DAY DEADLINE)

C/O TAKIER, et al.,

        Defendants.

       On December 18, 2007, an order was entered, vacating a previous recommendation of dismissal for failure to prosecute. Plaintiff was granted thirty days in which to file a second amended complaint. That order was returned as undeliverable. On March 6, 2008, a recommendation of dismissal failure to keep the court informed of Plaintiff's address was entered. On March 18, 2008, a change of address was entered on the docket. The entry indicates that a different address was noted on an earlier submission by Plaintiff. Plaintiff did not file a notice of change of address. On April 4, 2008, Plaintiff filed objections to the findings and recommendations, and indicates his intent to file a second amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The March 6, 2008, recommendation of dismissal is vacated.

1  2. Plaintiff is granted an extension of time of thirty days from the date of service of this
2  order in which to file a second amended complaint.
3  IT IS SO ORDERED.
4  **Dated:   April 8, 2008**            /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE