1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7     ROBERT ALAN ANTON,

8                    Plaintiff,            CV F 05 0412 OWW WMW PC

9          vs.                             ORDER

10

11

12    C/O MENDEZ, et al.,

13                   Defendants.

14

15         On March 9, 2006, an order was entered, dismissing the compliant in this action and

16    granting Plaintiff leave to file an amended complaint.  On April 11, 2006, Plaintiff filed a first

17    amended complaint.  Plaintiff was granted leave to file a second amended complaint.  That order

18    was returned as undeliverable, and the court recommended dismissal for Plaintiff's failure to

19    prosecute.  Plaintiff filed objections to the findings and recommendations.  The court vacated the

20    findings and recommendations and granted Plaintiff an extension of time to file a second

21    amended complaint.  That order was returned as undeliverable, and the court again recommended

22    dismissal.  Plaintiff again objected, and the court vacated the recommendation and granted

23    Plaintiff an extension of time in which to file an amended complaint.  Plaintiff failed to do so,

24    and the court recommended dismissal for failure to prosecute.  Plaintiff filed objections.

25         This action therefore proceeds on the first amended complaint filed on April 11, 2006.  In

26

the order granting Plaintiff leave to file a second amended complaint, he was advised that the first amended complaint stated a claim for relief against C/O Mendez for excessive force.   The court granted Plaintiff leave to file a second amended complaint that corrects the defects noted regarding the medical care claim.   Plaintiff was specifically advised that should he  fail to file an amended complaint, the court would direct service of process upon Defendant Mendez, and recommend dismissal of the remaining defendants.

        Accordingly, IT IS HEREBY ORDERED that:

1.        Service is appropriate for the following defendants:

        C/O MENDEZ

2.        The Clerk of the Court shall send to plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed April 11, 2006.

3.        Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

        a.        Completed summons;

        b.        One completed USM-285 form for each defendant listed above; and

        c.        Two copies of the endorsed first amended complaint filed April 11, 2006.

4.        Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.        <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>   IT IS SO ORDERED.

**Dated:**   **June 11, 2008**                  **/s/  William M. Wunderlich**

1          UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26