IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALAN ANTON,

    Plaintiff,                      CV F 05 0412 OWW WMW PC

    vs.                              ORDER RE: FINDINGS & RECOMMENDATIONS (#36)

LT. RUIZ, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 11, 2008, findings and recommendations were entered, recommending dismissal of Defendant Ruiz and Defendant Scribner. The court also recommended dismissal of Plaintiff's medical care claim. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 11, 2008, are adopted in full; and

2. Defendants Ruiz and Scribner are dismissed. Plaintiff's medical care claim is dismissed.

IT IS SO ORDERED.

**Dated:   July 23, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE